UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

---

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, a corporation, | CAUSE NO. DV-08-1-BU-SEH |
| Plaintiff, | **FILED** |
| -vs- | MAR 2 8 2011 |
| W.D. CONSTRUCTION, LLC a Montana Limited Liability Company, JOE McGRATH, d/b/a McGRATH PAINTING, and JOHN DOES 1 through 10, | PATRICK E. DUFFY, CLERK<br>BY_____<br>DEPUTY CLERK, BUTTE |
| Defendants. | **ORIGINAL** |

---

**DEPOSITION OF WALLY SCHOLLER**

Taken at:

Law Offices of
Gary L. Walton, PLLC
3475 Monroe
Butte, Montana
July 23, 2008
3:20 p.m.



*NORDHAGEN COURT REPORTING*
*CANDI NORDHAGEN*
1734 Harrison Avenue
Butte, Montana 59701
(406) 494-2083

Registered Professional Reporter
Conference Room
1734 Harrison Avenue